FILED
2014 Jun-04 AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES II LLC,** a limited liability company, | ) | |
| Plaintiff, | ) | Civil Action Number **2:13-cv-01106-AKK** |
| **v.** | ) | |
| **BBVA COMPASS BANCSHARES, INC.** and **COMPASS BANK N.A. d/b/a BBVA COMPASS,** | ) | |
| Defendants. | | |

## ORDER

The court has considered the defendants' Motion to Stay This Litigation Pending *Inter Partes* Review of the Patents-In-Suit, doc. 49, and the plaintiff's opposition, doc. 50, to the motion. Although the plaintiff is correct that certain aspects of the motion are premature, in light of the defendants' representation that they also intended to file *inter partes* review petitions challenging the validity of the '694 and '084 patents, doc. 49 at 4, which they did on May 20, 21, and 22, 2014, doc. 64 at 2, the court finds that good cause exists to grant the motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** and this action is hereby immediately **STAYED**.
2. All matters presently calendared in this action, or as required by the Federal

Rules of Civil Procedure or the Local Civil Rules, are hereby cancelled pending completion of the *inter partes* reviews by the United States Patent and Trademark Office ("PTO") of the patents-in-suit and any appeals therefrom.

3. Either side may move to reopen this action within sixty (60) days after the PTO's issuance of a final written decision pursuant to 35 U.S.C. § 318 in each of the *inter partes* review proceedings of the patents-in-suit, or the final decision of any appeals taken therefrom, whichever is later.

4. The defendants' motion to stay claim construction briefing, doc. 65, is **MOOT**.

**DONE** this 4th day of June, 2014.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE