FILED
2018 Sep-11 AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES II, LLC,**<br><br>　**Plaintiff,**<br><br>vs.<br><br>**BBVA COMPASS BANCSHARES, INC. and COMPASS BANK d/b/a BBVA COMPASS,**<br><br>　**Defendants.** | Civil Action Number<br>**2:13-cv-01106-AKK** |

## ORDER

Consistent with the parties' Stipulated Dismissal, doc. 73, Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and Defendants' counterclaims are **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own costs. The telephone status conference set for September 11, 2018 at 5:30 p.m. is **CANCELLED**. The clerk is **DIRECTED** to close this file.

　**DONE** the 11th day of September, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**ABDUL K. KALLON**
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE